# CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE Viktor V. Pohorelsky**　　　　**DATE : 6/28/12**

**DOCKET NUMBER: 12CR65(SLT)**　　　　LOG #: 12:09 - 12:30

**DEFENDANT'S NAME : Bobby Galebi**
　　✓ Present　　___ Not Present　　✓ Custody　　___ Bail

**DEFENSE COUNSEL : Richard Palma**
　　___ Federal Defender　　✓ CJA　　___ Retained

**A.U.S.A: S. Tiscione**　　　　**DEPUTY CLERK : K. DiLorenzo**

**INTERPRETER :** _____ (Language) _____

_Bail_ _____ Hearing held. _____ Hearing adjourned to _____

✓ Defendant ~~was~~ will be released on **$250,000** ___ PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

**2** Additional surety (ies) to co-signed bond by **6/28/12**

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.　Code Type___　Start_____　Stop_____

___ Order of Speedy Trial entered.　Code Type___　Start_____　Stop_____

___ Defendant's first appearance.　___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

OTHERS: Dft will not be released until both sureties have signed the bond.